Richard G. Grotch, Esq. – SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027

**ATTORNEYS FOR** Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURT DANOVITZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC.,<br><br>                    Defendant. | Case No.  C 15-1949 MEJ (MED)<br><br>STIPULATION FOR ORDER OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL [FRCP 41(a)(1)] |

   IT IS HEREBY STIPULATED by and between plaintiff BURT DANOVITZ and defendant UNITED AIRLINES, INC., by their respective counsel of record, that all the claims of plaintiff BURT DANOVITZ, be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear his or its own attorneys' fees and costs of suit.

///

///

///

///

1

SO STIPULATED.

Dated:  December 1, 2015					PARK AVENUE LAW LLC

							/s/ *John D. McKay*

							By: _____
							    John D. McKay
							    Attorneys for Plaintiff
							    Burt Danovitz

Dated:  December 1, 2015					CODDINGTON, HICKS & DANFORTH

							/s/ *Richard G. Grotch*

							By: _____
							    Richard G. Grotch (*)
							    Attorneys for Defendant
							    United Airlines, Inc.

(*)   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document, or have been expressly authorized to affix all "conformed" signatures.

### [PROPOSED] ORDER

Upon the parties' stipulation,

IT IS HEREBY ORDERED that the claims of plaintiff BURT DANOVITZ be, and hereby are, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear his or its own attorneys' fees and costs of suit.

Dated: December 1, 2015				_____
							Honorable Maria-Elena James
							United States Magistrate Judge